UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JONATHAN CHAMPEAU,

           Petitioner

        v.

THE PEOPLE OF THE STATE OF CALIFORNIA,

          Respondent.

Case No. SACV 17-1685-JAK (GJS)

JUDGMENT

    Pursuant to the Court's Order: Dismissing Petition Without Prejudice For Lack Of Exhaustion; And Denying Certificate Of Appealability,

    IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: November 27, 2017

_____

JOHN A KRONSTADT
UNITED STATES DISTRICT JUDGE